# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NUMBER 4:18-CR-00085 |
| | § | |
| TYTON HESTER | § | |
| | § | |

## MEMORANDUM OPINION AND ORDER

Pending before the Court is Defendant's Motion for Designation of Government's Expert Witnesses (Dkt. #327). In the Government's Response to Motion for Designation of Government's Expert Witnesses, the Government details the areas in which the Government anticipates offering expert and opinion testimony, the names and qualifications of those witnesses, and the basic information to which those witnesses will testify to (Dkt. #357). The Court finds that the Government's request permitting the Government to file its Designation of Expert Witnesses on February 3, 2020, is appropriate.

It is therefore **ORDERED** that Defendant's Motion for Designation of Government's Expert Witnesses (Dkt. #327) is hereby **DENIED**.

It is further **ORDERED** that the Government is hereby required to file its Designation of Expert Witnesses on February 3, 2020.

**SIGNED** this 3rd day of February, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE